UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DAVID LOGAN, II, | No. 2:15-cv-0121 AC P |
| Plaintiff, | |
| v. | ORDER |
| EVALYN HORWITZ, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. The court has twice ordered plaintiff to file a completed request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 that includes a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. ECF Nos. 4, 9. Although plaintiff has filed an application to proceed in forma pauperis in response to both orders, both times he has failed to provide a <u>certified</u> copy of his prison trust account statement. <u>See</u> 28 U.S.C. § 1915(a)(2). Plaintiff will be provided one final opportunity to submit the <u>certified</u> copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. He will not be required to file another application to proceed in forma pauperis. Plaintiff is advised that failure to provide a <u>certified</u> copy of his prison trust account statement will result in denial of his application to proceed in forma pauperis and a recommendation that his action be dismissed without prejudice.

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order, a <u>certified</u> copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: March 24, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE