UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DAVID LOGAN, II,<br><br>    Plaintiff,<br><br>v.<br><br>EVALYN HORWITZ, et al.,<br><br>    Defendants. | No. 2:15-cv-0121 MCE AC P<br><br><br><br>ORDER |

Plaintiff has filed a notice of change of address in which he states that he was without access to a law library from July 9, 2017, until November 3, 2017, and has now been moved to a different prison where he will have access to the library. ECF No. 138. He also states that he intends to respond to the motion for summary judgment now that he has been transferred. Id. The court will construe plaintiff's notice as a request for extension of time to respond to the motion for summary judgment and will grant the motion.

Accordingly, IT IS HEREBY ORDERED that plaintiff's request for additional time to respond to defendants' motion for summary judgment (ECF No. 138) is granted. Plaintiff shall have thirty days from service of this order to file his response.

DATED: November 15, 2017.

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE