1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JAMES DAVID LOGAN, II,                    No.  2:15-cv-0121 MCE AC P

12                     Plaintiff,

13          v.                                  ORDER

14    EVALYN HORWITZ, et al.,

15                     Defendants.

16

17          On October 16, 2017, defendants filed a motion for summary judgment.  ECF No. 135.

18    After plaintiff filed a notice of change of address in which he stated that he was unable to access

19    the law library at his previous institution, he was granted a thirty-day extension of time to file a

20    response to the motion.  ECF No. 139.  Thirty days have now passed and plaintiff has not

21    opposed the motion.  Plaintiff will be given an additional twenty-one days to respond to the

22    motion for summary judgment.  Failure to file a response will result in a recommendation that this

23    action be dismissed.

24          Plaintiff has also filed a number of motions for counsel and a motion for discovery.  ECF

25    Nos. 121, 122, 124, 127, 131.  The United States Supreme Court has ruled that district courts lack

26    authority to require counsel to represent indigent prisoners in § 1983 cases.  Mallard v. United

27    States Dist. Court, 490 U.S. 296, 298 (1989).  In certain exceptional circumstances, the district

28    court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1).  Terrell

                                                1

1  v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36

2  (9th Cir. 1990).

3       "When determining whether 'exceptional circumstances' exist, a court must consider 'the

4  likelihood of success on the merits as well as the ability of the [plaintiff] to articulate his claims

5  *pro se* in light of the complexity of the legal issues involved.'" Palmer v. Valdez, 560 F.3d 965,

6  970 (9th Cir. 2009) (quoting Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983)).  The burden

7  of demonstrating exceptional circumstances is on the plaintiff.  Id.  Circumstances common to

8  most prisoners, such as lack of legal education and limited law library access, do not establish

9  exceptional circumstances that would warrant a request for voluntary assistance of counsel.

10  Plaintiff has not shown that he has a likelihood of success on the merits and has thus far been

11  capable of articulating his claims.  The court therefore does not find the required exceptional

12  circumstances and plaintiff's requests for counsel will be denied without prejudice.

13       In his motion for discovery, plaintiff requests that the court provide his medical file and

14  subpoena doctors for trial.  ECF No. 124.  If plaintiff wants his medical file, he must follow the

15  procedures for obtaining a copy from the California Department of Corrections and

16  Rehabilitation.  With respect to his request to subpoena doctors for trial, it has yet to be

17  determined whether this case will proceed to trial and the request is denied.  To the extent

18  plaintiff is requesting the court appoint an expert witness to testify on his behalf, the court has

19  already addressed this issue and denied the request.  ECF No. 111 at 2-3.  Plaintiff has not

20  identified any change in circumstances that would warrant a different outcome and the request

21  will be denied.

22       Accordingly, IT IS HEREBY ORDERED that:

23       1.  Within twenty-one days after the filing date of this order, plaintiff shall file and serve

24  an opposition to the motion for summary judgment or a statement of non-opposition.  Failure to

25  comply with this order will result in a recommendation that this action be dismissed without

26  prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

27       2.  Plaintiff's motions for appointment of counsel (ECF Nos. 121, 122, 127, 131) are

28  denied.

1      3.  Plaintiff's motion for discovery (ECF No. 124) is denied.

2          SO ORDERED.

3   DATED: January 3, 2018

4                                                            _____
                                                            ALLISON CLAIRE
5                                                            UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28