UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DAVID LOGAN, II,<br><br>Plaintiff,<br><br>v.<br><br>EVALYN HOROWITZ, et al.,<br><br>Defendants. | No. 2:15-cv-0121 MCE AC P<br><br><br><br>ORDER |

On February 20, 2018, the court received plaintiff's most recent motion for extension of time to respond to defendants' motion for summary judgment. ECF No. 147. In his motion, plaintiff claims that he has not had access to the law library since November 3, 2017. Id. Defendants shall be required to respond to plaintiff's motion and specifically address the issue of plaintiff's alleged lack of access to the law library since November 3, 2017.

Accordingly, IT IS HEREBY ORDERED that defendants shall respond to plaintiff's motion for extension of time within fourteen days of service of this motion. Defendants shall specifically address the issue of plaintiff's alleged lack of access to the law library since November 3, 2017.

DATED: February 23, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE